UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:05-CR-298 (GHL)

**GERALD LEE McGEE**

Bradford Riendeau, Esq. (CJA)
Attorney for Defendant

SEP 3 0 2005

**THE DEFENDANT ENTERED A PLEA OF:**

_XX_ guilty __ nolo contendere] as to count(s)___1 , as amended on the record

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Operating a motor vehicle while ability to do so was impaired by alcohol , in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 1192.1 of the New York State Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED: June 29, 2005.**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $500.00, payable no later than December 26, 2005. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that **Count(s)** _2_ is dismissed on motion of the United States.

___September 27, 2005___
Date of Imposition of Sentence

_September 30, 2005_
DATE SIGNED

_____
GEORGE H. LOWE
U.S. Magistrate Judge